Our next case for argument is 23-1972 Baker v. McDonough Good morning your honors, may it please the court, my name is Albert Bachrach, I represent the veteran appellant Ms. Baker This is probably one of your favorite kinds of cases Ms. Baker is alleging that there was clear and unmistakable error back in 1992 when the Veterans Administration failed to consider any of the actual findings of the U.S. Air Force and on their own decided that the veteran did not suffer from multiple sclerosis Factually the veteran was serving in the U.S. Air Force and developed a number of signs and symptoms The U.S. Air Force through a series of medical tests decided back in December of 1991 that the veteran suffered from multiple sclerosis and on the sheet that they used for deciding on medical retirement they also assigned the exact number for multiple sclerosis that the Veterans Administration uses for a diagnosis of multiple sclerosis So she was medically retired and then filed almost immediately for a number of service-connected disabilities including multiple sclerosis. In the September 1992 rating decision there is clear and unmistakable error because when you read through the entire decision there is no discussion whatsoever of the Air Force's findings that the veteran suffered from multiple sclerosis or as the Air Force said probable multiple sclerosis What happened was first the Veterans Administration had a doctor examine the veteran that doctor determined that he couldn't say she had multiple sclerosis Internally then there was a document from the Veterans Administration that said you have to actually read the military records that are included as part of the veterans record before you make a determination So that's why there is a second opinion with regard to the multiple sclerosis and that second opinion completely misstates what the findings were with regard to the Air Force and never mentions that the Air Force had found that the veteran suffered from probable multiple sclerosis So in the tiny world of QR, all the tiny things that could actually be QR one of them is the failure to actually weigh all of the evidence that you don't consider all of the evidence, you don't weigh all of the evidence and that's what happened in this case. That makes the decision from the board finding that it's not QR arbitrary and capricious because the regulation clearly says that QR is created by the failure to consider all of the evidence But the board made a fact finding, did it not, that the RO in 1992 didn't have all of the facts in front of it when it made its ratings decision in 1992 But the rating decision has to tell you the reasons and basis of the decision I guess what I'm wondering is, I'm sure you well know, is the scope of our jurisdiction on these veterans benefits appeals is extremely limited You already had one appeals court review your case at the Court of Appeals for Veterans Claims So we're pretty much confined here to consider legal errors I've been waiting to hear from you today, what is the legal error that was made that demands us to find Q under these circumstances Arguing it as a legal error, you would say that the statutes under Title 38 and the regulations under 38 CFR require that everything be considered And a statement that everything was considered is not proof that anything was considered So this court and the court below should have gone back to the 1992 decision It runs for about four pages, it's in the record on appeal from 52-42 to 52-46 Nowhere in the decision, the reasons and basis for the decision do they discuss that the Air Force made a finding that the veteran suffers from multiple sclerosis And that sounds like clear and unmistakable error, but how is it a legal error? Well, it's a misapplication of the regulation The regulation says you have to do A, B, C, and they skipped B They went from A to C and said there's no Q error I understand that the VA and for that matter the Veterans Court, nobody likes Q error cases Because the result of Q error cases is like having a time machine We go all the way back to 1992 and we redo it as if we're back in 1992 And then everything goes forward in time It's like one of those movies with the alternate timelines And so it greatly disturbs everything that has gone from 1992 Until actually I secured multiple sclerosis benefits for around 2014 But it has irritated me since 2014 That the veteran has not received what the veteran is entitled to And so the legal error is the failure to correctly interpret and apply Both the statutory rules with regard to Q and the regulatory rules with regard to Q And the regulatory rules and the decisions of I believe this court as well The decision has to show the basis of the decision You have to set out what the facts and findings are for the decision The entire decision says no evidence clinically or physically To substantiate a diagnosis of multiple sclerosis That's not an analysis What page are you on? That would be 5242 of the record I'm sorry, 5242 5242? The record before the agency, yeah Do you know what page of your appendix that might correspond to? Unfortunately, it's appendix 35 But I left out the next two pages as well If all you have are the blue and gray briefs, you won't find this I happen to have a copy of the rating decision What page of the rating decision are you on? We just started 5242 I mean, this is a five-page document It is, and the only mention of multiple sclerosis The only mention of multiple sclerosis is on page 5242 This is a five-page document, sir Could you just tell me what page of the five-page document you're reading from? Oh, I'm sorry, I'm sorry First page 5242, first paragraph, last line This is the only mention of multiple sclerosis in the entire decision Thank you Are you talking about examiner found no evidence clinically or physically to substantiate the DX of multiple sclerosis? Is that your sentence? No, but that's also not an analysis That's the examination by Dr. Denson It's always hard to remember what the court does all the time I do this all the time In the concept of compensation and pension exams Back in 1992 VA doctors did the examinations of the veterans So what you're reading is a statement of what the VA doctor found and said Which is exactly what he found and said, and which I'm arguing He said, I can't say she has multiple sclerosis That's the same doctor who they said, we'll go back and look at her in service records And then in his second decision that's not cited in here He miscites to the Air Force So that even if you We're being generous The decision is incomplete and unfair to the veteran Because he only looked to the imaging of the veteran's brain Which is one of the parts of the process of the Air Force deciding that she had multiple sclerosis But it wasn't the reason entirely that they decided it And he forgot to put in the fact that the Air Force says she has multiple sclerosis Now technically they said probable multiple sclerosis But probable for our purposes is she's got multiple sclerosis Because as we point out in the argument If you're weighing evidence And one person says I can't say she has multiple sclerosis And the Air Force doctors say she probably does So far what outweighs I can't say That doctor when he or she said probable MS Also said but did not meet all criteria for MS That's why it's probable So I guess the point is again Where we are right now is deep in the heart of fact finding We really are and the board looked at this and said Well they've read the record and they concluded that reasonable minds differed As to whether she in fact suffered from multiple sclerosis And then the veterans court says we're not going to find Q Because like the board we agree that the diagnosis was debatable at the time And there was diagnostic uncertainty And so now we're here and I don't know I haven't heard yet a basis for how we can You know within our jurisdiction that we can do something here Well I think first of all reasonable minds cannot disagree As to whether or not she has multiple sclerosis So but that part of the argument goes to the case law That says that not only do you have to show that there's an error But you have to show that the error is outcome determinative And that without the error you would have gotten a different result So the failure to do something at the exception by the VA Can you real quick just tell me What is the difference for the veteran here Between having the effective date be 1992 When she originally filed her claim Versus I don't even know what year It was ultimately 2012 When was it ultimately? Ultimately I believe it was 2014 or 15 Effective date is 2009 So what's the difference for the veteran Let me just quantify it for me What's the difference for the veteran Between an effective date of 1992 And an effective date of 2009 Well if the veteran was surface connected at 30% in 1992 A number of things would probably have happened First of all she would be arguing As she got sicker and sicker with multiple sclerosis That the signs and symptoms of multiple sclerosis Entitled her to an entire Excuse me Try English this time Higher entitlement rate As you know the two issues for a veteran Are one to establish that the medical issue Has a nexus with or is linked to Their service connection And then there's the whole scale of With regard to how the VA rates that particular impairment So you could be service connected And she is in 1992 if you look at that decision She's service connected for several issues at 0% So what that means is We agree that you're service connected But we're not paying you for it Because the percentages with regard to service connection Actually have to do with How much the VA believes that The particular medical issue Will interfere with your ability to work Did you argue before either the board or the CABC Anything about Ty goes to the veteran kind of thing Did you make that argument?  About how Ty goes to the veteran Whenever there is a I did not I mean that's a true statement As we all know And when the evidence is equal opposed The veteran wins But in order for the veteran To establish true error here We have to establish that I believe we have to establish That the medical evidence available To the decider in 1992 Was not completely discussed by Or evaluated by Okay I think we have your argument You're all out of time Including rebuttal I'll restore some rebuttal But we should go ahead And hear from the government now Thank you  May it please the court Ms. Baker's appeal Challenging the veterans court's decision Should be dismissed Because it's premised upon Challenges to the court's factual findings If the court reaches the merits It should affirm Would it be a fact finding If his argument is couched In terms of a failure To consider all relevant evidence Is that a fact finding Or an application of a lot of fact Or is that a legal question? If the argument is that the RO in 1992 Failed to consider the relevant evidence That would probably be an application Of the MS diagnostic code So that would be beyond the scope Of the court's jurisdiction review as well Ultimately though This is a Q case So the error would also have to be outcome determinative So that presents another hurdle On top of that The board did consider this point It said the evidence was before the RO I think it's important to note That if you look at appendix 31 and 32 And appendix 34 Which are Dr. Denson's medical examination report He does note the underlying air force Diagnosis Or the analysis done by the air force Medical center And he does note That there is some positive evidence Before the The one thing that bothered me about this That I was trying to wrap my head around Is what you're pointing to On page 31 of the appendix Is what he actually notes Is that he didn't have her C files So he couldn't actually look at stuff himself But he notes possible multiple sclerosis Is there a difference between possible MS And probable MS? What does the word probable mean to you? As a lawyer What does the word probable mean? I'm sorry I just want to make sure I see What you're referring to Possible MS It's in the middle of the page on 31 In the middle paragraph Thank you So what does the word probable mean? Do we both agree That the prior diagnosis To the extent there was one Was probable multiple sclerosis? So the physical examination report Uses the phrase probable MS That's true I agree with that So when he says The prior diagnosis was of possible MS Is he wrong? Is there a difference between The word possible and probable? You're a lawyer I would think that your answer Has got to be yes, right? Probable cause Probable We use the word probable In a lot of circumstances in the law And I think it has A pretty precise meaning Plus even just as a statistician It would have a precise meaning What does the word probable mean to you? So I want to answer it Specifically to this context First I want you What does the word probable mean to you? Okay Probable means more likely than not Okay Specifically in this context I think one reasonable reading Of the word probable Is used by Dr. Velazquez At appendix 26 Is she probably has So I don't want to get past Where the court is But appendix 26 is the USAF Narrative report Which says And I'm in the hospital course Heading section And the last component of that Is after discussions With the department of neurology Dr. Velazquez It was felt that the patient Most likely represented Multiple sclerosis But it did not meet all But did not meet all the criteria Diagnosis at this time Is probable multiple sclerosis I understand that to mean Ms. Baker does not have MS right now But she has something That probably is going to turn into MS I think that's consistent with Not all the criteria are met At this point Okay wait Hold on a sec You say not all of the criteria are met I mean do you understand That DSM criteria Are a sliding scale And that you don't have to meet Every single one of them To have a diagnosis of something I think all the criteria met In turn could mean different things Because there are But are you a doctor I'm not Am I a doctor We are not Neither of us are doctors We're not doctors Neither of us are doctors We're not doctors But so probable has A clear and unmistakable meaning In the English language And he said probable So didn't they air As a factual matter And I will hear you out On the idea that I have no Ability to look at facts But doesn't it seem pretty clear That there's a problem When the person whose Statement you're relying on Says oh I didn't actually have The underlying files That that other doctor looked at When he said possibly she has MS When in fact the other doctor Looked at the underlying files And says she probably has MS Those feel like really different Situations to me And when the tie goes to the veteran When we're supposed to When we live in a universe Where if all things are equal In equipoise The veteran should prevail Doesn't this just feel Flat out wrong to you Don't even tell me I don't have jurisdiction Because I know that I'm not going to get into This is more a matter of Doesn't this just feel Flat out wrong So your Honor's question Chief Judge Moore Your question started with The possible MS quote On appendix 31 Yes So after that Dr. Denson then goes back to The file And looks at it again And does he later When he looks at it again Does he actually say Probable multiple No he doesn't He doesn't He never gets it right Does he He doesn't specifically say Probable multiple sclerosis What he does do Is look at the actual findings And he notes one positive point Positive in the sense of Likely to show MS Number one The multiple bright areas And I'm not a doctor I write the court In trying to come at this From a lay perspective I have to My understanding is Two and three Would be relevant to showing She doesn't have MS at the time So this is This is very much An issue where there's evidence Cutting in different directions And your Honor's Chief Judge Moore Your question about Ty going to the runner This is acute context So it has to be Undebatable That the evidence was in approximate balance In 1992 That's the question It's not whether the evidence Actually was in approximate balance It's whether it's undebatable That it was And in light of the board Well actually I think You're right about that But the problem is The word probable Actually makes it sound like The evidence wasn't In approximate balance It makes it sound like The evidence actually favored The veteran I'm giving you the benefit of the doubt By saying that for boys I think By the way Just to be clear Didn't this doctor Here on page 26 Isn't he either A neurologist A military neurologist Or didn't he consult With a neurological team Before he wrote this Isn't that my understanding Of this report So Dr. Velazquez According to this report Is a neurologist And what about Dr. Denson The one that says possible Who got wrong What the neurologist said Got it wrong No question got it wrong What about him Is he a neurologist I'm not sure He's not I don't think I don't have any reason To think he is He's not But he This evidence was before This evidence was The R.O. considered In 1992 The R.O. got a medical opinion And the medical opinion Is looking at factors That are relevant to To MS To my lay understanding Again But all the same  You know who's not A lay doctor And who's actually A specialist in this The guy who said She probably has MS That's actually The best specialist In the entire record He says probable MS Then you get a generalist Later that comes on And says Oh that guy said Possible MS The doctor said Probable MS But does not meet All the criteria At the time At this time Or All of them That's why he said probable Because she doesn't Meet all of them I know you have Your reasonable Interpretation in the record But couldn't Another reasonable Interpretation of the record Again I understand We're in fact Finding a line Is that back in 1992 The ratings officer Was looking for A conclusive diagnosis Of multiple sclerosis When Under the law All that was really Required was Was it more likely Than not That Ms. Baker Had multiple sclerosis I agree that the standard Is was it more likely Than not I can't look into The R.O.'s mind As to whether They were   But in terms of Putting all this Information together It appears that We have one doctor That says probable MS We have another doctor Dr. Denson Who says I'm not convinced She has MS Ultimately saying I cannot say That she conclusively Has MS And then the ratings Officer comes in After all of this And says I don't think There's There's not enough Here to prove MS And so in that way The R.O.'s mind     Maybe Dr. Denson Isn't required To apply The applicable law But certainly the ratings Officer is On the More likely than not Standard That was the standard That governed the ratings Official I don't think There's an indication That the I'm just asking Was that a reasonable Reading of All this record I know you have Your counter Reading But I'm trying to  Another way Of understanding All this That seems to track The way the Chief was thinking About the case I don't think It's a totally Unreasonable reading Of the record I think there's Thank you I think there's The concession Of all concessions I think there's Evidence In different directions But that is I also do want To note though About the R.O. Because there were Some allegations Of bad faith In the part of The VA here That Ms. Baker Was service connected For vertigo Back in 1992 So it's not like She was denied Anything And it's also That the R.O. Did go out And get a medical Opinion So I think This is all Consistent with good faith I understand Your Honor's point But the point of Q Is not to look at Was everything Explained You know Precisely and perfectly The point is Was there an Undebatable error That was outcome Determinative And in light of The board's Findings here It just doesn't Rise to that Standard I'd be happy To answer any Other questions The court may have If not We ask the court To dismiss or Alternatively Adjourn Thank you Since it seems That the court's Much more Worried about its  Than the actual Issue of the case I'd like to say That I believe You do have Jurisdiction Because Everything below you Is a violation Of either 38 U.S.C. 7111 Or 38 C.F.R. 2205A All of which Provide that If the evidence       Establishes That an error Has been made Then The board And the Court of Veterans claims Needs to Actually correct The error In this case Nobody is correcting The error Yeah but the Problem is I only have The ability To correct Legal errors You're right The C.A.V.C. Could have corrected A factual error Or an application Of law Like the regulation And the statute That you cited An application Of law To the facts Of the case The board Could have done it The C.A.V.C. Could have done it They didn't I'm sorry I'm interrupting I'm not allowed to Well Respectfully As lawyers Say to the court I don't believe That's correct I believe That Your determination As the Federal circuit That the Veterans court Misinterpreted The law And didn't Correctly Apply the Law Is a legal Error And that Throws it back To you Well actually Unfortunately All of our case Law says Opposite of what You just said When it comes To apply The law Application Of law To a given Set of facts Is outside The scope Of our Jurisdiction Tell us How We should Interpret the Law correctly Without talking About the facts Of your case Well To interpret The law Correctly You would Say that It's the Obligation Of the BVA And the Court of Veterans Appeals To examine The entire Record And to Make a Determination Whether or not The entire Record Was complete Back at the Time that The original Decision was made Both the Board and The Court of Veterans Appeals Failed to Examine the Entire record And therefore Failed to Apply the  Correctly And you Don't have to Get to what The facts Are going to Balance out To Where Judge Moore was Probably A whole lot More than Possibly But If The Decision In 1992 Before this Court Doesn't Discuss It Whatsoever So We're not Arguing about What the Facts are Because the Facts aren't In the Decision So it's A legal Error To write A decision That's Void of All of The Facts That You're Using as The Underlying Basis Of Your Decision So The Original Decision By the Rating Officer Violates The Regulations From   Because They Have to Consider Everything And In Order For You To Know All These Years Later That They Did They Have To Talk About Everything They Didn't Do That Well Counselor  Have To Cut You Off We're Outside Of Our Time I Thank All The Lawyers This Case Is Taken Under Submission